THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 State, Respondent,
 v.
 Carl Michael
 Mann, Appellant.
 
 
 

Appeal From York County
Lee S. Alford, Circuit Court Judge
Unpublished Opinion No. 2008-UP-396
Submitted July 1, 2007  Filed July 15,
 2008    
APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott,  all
 of Columbia; and Solicitor Kevin S. Brackett, of York, for Respondent.
 
 
 

PER CURIAM:  Carl Michael Mann appeals his guilty plea to
 possession of crack cocaine with the intent to distribute, second offense,
 possession of marijuana, second offense, and unlawful carrying of a pistol. 
 Mann was sentenced to concurrent terms of seven, one, and one years,
 respectively.  Mann argues his guilty plea was involuntary because it did not
 comply with the mandates set forth in Boykin v. Alabama, 395 U.S. 238
 (1969).   After a thorough
 review of the record and counsels brief pursuant to Anders v. California,
 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357
 (1991), we dismiss Manns appeal and grant counsels motion to be relieved. [1] 
APPEAL
 DISMISSED. 
HEARN,
 C.J., CURETON and GOOLSBY, A.J.J., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.